FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　-vs-<br><br>LUCAS WOODARD,<br><br>　　　　　　Defendant. | Nos.  2:11-CR-0084-WFN-1<br>　　　2:10-CR-0135-WFN-1<br><br>ORDER DENYING MOTIONS TO REDUCE SENTENCE |

Pending before the Court are Defendant's Motion to Reduce Sentence. Defendant has now filed Notices withdrawing the Motions. The Court has reviewed the file and Motions and is fully informed.  Accordingly,

**IT IS ORDERED** that:

**2:11-CR-0084-WFN-1**

1. Defendant's Motion to Reduce Sentence, filed June 25, 2021, **ECF No. 41**, is **DENIED AS MOOT**.

**2:10-cr-0135-WFN-1**

2. The Motion to Reduce Sentence, filed June 25, 2021, **ECF No. 88**, is **DENIED AS MOOT**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 2nd day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
02-02-23　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER